UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **Loretta Mitchell**, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No.:2:10-cv-00834 |
| ) | |
| **Northland Group, Inc.,** a foreign corporation, ) | |
| ) | |
| *Defendant*. ) | |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** the Parties, by and through their respective attorneys, and respectfully notify this Honorable Court that Plaintiff is hereby dismissing, with prejudice, her claims against Defendant. Therefore, this matter is due to be closed with attorney's fees, costs and expenses taxed as paid.

**RESPECTFULLY SUBMITTED** this the 12th day of November, 2010.

/s/ Anthony B. Bush
Anthony Brian Bush (BUS028)
*Attorney for Plaintiff*
**LEWIS, BUSH & FAULK, LLC**
The Bailey Building, Second Floor
P.O. Box 5059 (36103)
400 South Union Street, Suite 230
Montgomery, Alabama 36104
(334) 263-7733        Phone
(334) 832-4390        Facsimile
anthonybbush@yahoo.com
ASB: ASB-7306-A54B

/s/ *Jason B. Tompkins*
One of the Attorneys for Defendant
Northland Group, Inc.

Sean W. Shirley
Email: sshirley@balch.com
Jason B. Tompkins
Email: jtompkins@balch.com
BALCH & BINGHAM LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama  35203
Telephone:  (205) 251-8100
Facsimile:   (205) 226-8798